**Sylvester HIGHCHEW, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

April 28, 1961.

Daniel W. Davies, Newport, for appellant.

John B. Breckinridge, Atty. Gen., Wayne Carroll, Asst. Atty. Gen., for appellee.

PER CURIAM.

Sylvester Highchew was convicted of engaging in prostitution as denounced by KRS 436.075. His punishment was fixed at a fine of $200 and confinement for one year in the county jail.

Upon examination of the record we find no prejudicial error. The motion for appeal is therefore overruled and the judgment stands affirmed.